UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, GREGORY SKELTON, ROSS COHEN, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, HENRY ARGUETA, NICHOLAS SURICK, REBECCA LINKE, and CHRISTOPHER MARINO.<br><br>Defendants. | 1:20-cr-160<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court accepts Defendant Jordan Fishman's waiver of appearance [ECF #114] at the arraignment and conference scheduled for March 23, 2020. Mr. Fishman's counsel should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

**SO ORDERED.**

Date: **March 19, 2020**  
**New York, NY**

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**