USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

March 22, 2020

Honorable Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: **United States v. Jordan Fishman**
**20 Cr 160 (MKV-9)**

Dear Judge Vyskocil,

In light of the instructions handed down by the Governors of New York and New Jersey, I believe it is best if I do not travel to Manhattan on Monday, March 23, 2020. Accordingly, I request that I be permitted to appear telephonically at the conference in the above-captioned case.

If there are any questions, do not hesitate to contact me.

Respectfully submitted,

Patrick J. Joyce

GRANTED. While the arraignment scheduled for this afternoon has been adjourned, Defendant Jordan Fishman's attorney may appear telephonically at the arraignment once it is rescheduled (if Mr. Fishman waives personal appearance).

Date: 3/23/2020
New York, New York

Mary Kay Vyskocil
United States District Judge