UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JORDAN FISHMAN, et al.,

        Defendants.
-------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020
```

20 Cr. 160 (MKV)

**ORDER**

Upon the application of Jordan Fishman, a defendant in this matter, by his attorney Patrick Joyce Esq., for an order authorizing the appointment of Robert Moore, Esq., as associate counsel, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Robert Moore, Esq., is appointed to assist in the representation of Jordan Fishman in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred dollars ($100) per hour.

**SO ORDERED**

Dated: June 15, 2020
      New York, New York

_____
Hon. Mary Kay Vyskocil
United States District Judge