UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jordan Fishman,

                        Defendant.
-----------------------------------------------------------------X

20-Cr-00160 (MKV)-9

**WAIVER OF APPEARANCE**

Jordan Fishman, affirms the following:

1. I am the defendant in the above captioned case.

2. I am informed that the court has scheduled a conference on this indictment for Tuesday, June 30, 2020.

3. I am a resident of the state of Massachusetts. I appeared in the District Court of Massachusetts on March 9, 2020, at which time I was released from custody on conditions. Those conditions were amended by this court. I am in compliance with those conditions.

5. Due to my out of state residence and due to the existence of the Covid-19 pandemic, I am requesting that I be permitted to waive my appearance at the conference scheduled for June 30, 2020.

6. My attorney, Patrick Joyce, has informed me he will appear on my behalf telephonically, and will promptly inform me of any and all discussions which occur at the hearing.

WHEREFORE, deponent respectfully prays that an Order be issued granting to the defendant the right to waive his own appearance at the conference scheduled for June 30, 2020.

Dated: June 24, 2020

*Jordan Fishman*

Patrick Joyce
Attorney for the Defendant
Jordan Fishman
70 Lafayette Street
New York, New York 10013