USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/27/2021__

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,  1:20-cr-0160 (MKV)

       -against-  **ORDER**

JORGE NAVARRO, et al

       Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

      All CJA counsel are reminded that they should contact Alan Nelson in order to prepare a propose budget for this mega-case. The Court will not approve any vouchers unless a budget for the case previously has been approved.

.

**SO ORDERED.**

Date: September 27, 2021

MARY KAY VYSKOCIL
United States District Judge