UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21

UNITED STATES OF AMERICA,

        -against-

JORDAN FISHMAN

        Defendant.

1:20-cr-0160-9 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Jordan Fishman is scheduled for 10/6/2021 at 4:30pm before Judge Mary Kay Vyskocil.
    The proceeding will be held by videoconference. All interested parties may dial 917 933-2166 using conference code 436180182 to listen remotely.

**SO ORDERED.**

Date: September 29, 2021

*[signature]*
MARY KAY VYSKOCIL
United States District Judge