USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

-v-

JORDAN FISHMAN

20 -CR- 160  VMKV )

Defendant(s).

-----------------------------------------------------------------X

Defendant _____JORDAN FISHMAN_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Felony
~~Misdemeanor~~ xxxxxxxxxxxx Plea/Trial/Sentence

✓ PLEA

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JORDAN FISHMAN
_____
Print Defendant's Name

_____
Defense Counsel's Signature

PATRICK JOYCE
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/6/21
_____
Date

Mary Kay Vyskocil
_____
U.S. District Judge/U.S. Magistrate Judge