# PATRICK J. JOYCE, ESQ.

Attorney at Law
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-2711
FAX (973) 996-2581

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022
```

New York Office:
70 Lafayette Street - 2nd Fl
New York, NY 10013
(212) 285-2299

April 25, 2022

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    **United States v. Jordan Fishman et al.**
                **20-CR.-160-009 (MKV)**

Dear Judge Vyskocil,

    I am the attorney for Jordan Fishman ("Jordan" or "Defendant") in the above-captioned matter. Defendant is scheduled to surrender on May 9, 2022 before 2 PM. (Judgment of Conviction, Doc. No. 765). However, Defendant has not received his BOP designation yet.

    I also regret to inform the Court that Jordan's ex-wife, with whom he works in close proximity at his business, has just contracted COVID-19 and in all likelihood, Defendant has as well even though as of today, he tested negative.

    For these reasons, Defendant respectfully requests that the Court adjourn Jordan's surrender date until June 9, 2022 before 2 PM.

Respectfully submitted,

s/Patrick Jouyce

**Granted. SO ORDERED.**

Date: April 28, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge